# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

139286

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re Estate of ALEXANDER CLARK III,
Deceased.

_____

JULIE CLARK,
      Petitioner-Appellant,

v

RICHARD SIRIANI, Personal Representative of
the Estate of ALEXANDER CLARK III,
FREDERICK CLARK, and ROBERT CLARK,
      Respondents-Appellees.

SC: 139286
COA: 282000
Oakland Probate Court:
2006-305129-DE

_____/

On order of the Court, the application for leave to appeal the April 16, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

_____
Clerk

s1019